UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN T. McARTHUR,

        Petitioner,

v.                                    CASE NO. 05-70275
                                    HONORABLE ARTHUR J. TARNOW

RAYMOND BOOKER,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

Petitioner John T. McArthur has appealed the Court's denial of his habeas corpus petition. Currently pending before the Court is Petitioner's motion for appointment of appellate counsel.

"[H]abeas corpus [is] an original . . . civil remedy for the enforcement of the right to personal liberty, rather than . . . a stage of the state criminal proceedings," *Woodford v. Ngo*, __ U.S. __, __, 126 S. Ct. 2378, 2386 n.2. (2006) (quoting *Fay v. Noia,* 372 U.S. 391, 423-24 (1963) (footnote omitted)), and

> "[a]ppointment of counsel in a civil case is not a constitutional right. *Mekdeci v. Merrell National Laboratories,* 711 F.2d 1510, 1522 n. 19 (11th Cir.1983). It is a privilege that is justified only by exceptional circumstances. *Lopez v. Reyes,* 692 F.2d 15, 17 (5th Cir.1982)." *Wahl v. McIver,* 773 F.2d 1169, 1174 (11th Cir. 1985). In determining whether "exceptional circumstances" exist, courts have examined "the type of case and the abilities of the plaintiff to represent himself." *Archie v. Christian,* 812 F.2d 250, 253 (5th Cir. 1987); *see also Poindexter v. FBI,* 737 F.2d 1173, 1185 (D.C. Cir. 1984). This generally involves a determination of the "complexity of the factual and legal issues involved." *Cookish v. Cunningham,* 787 F.2d 1, 3 (1st Cir. 1986).

Appointment of counsel pursuant to 28 U.S.C. § 1915(d) is

> > not appropriate when a *pro se* litigant's claims are frivolous, *Henry v. City of Detroit Manpower Department,* 739 F.2d 1109, 1119 (6th Cir. 1984), or when the chances of success are extremely slim. *Childs v. Duckworth,* 705 F.2d 915, 922 (7th Cir. 1983); *McKeever v. Israel,* 689 F.2d 1315, 1320-21 (7th Cir. 1982); *Ma [c]lin v. Freake,* 650 F.2d 885, 887 (7th Cir. 1981).
>
> *Mars v. Hanberry,* 752 F.2d 254, 256 (6th Cir. 1985).

*Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).

Although the Court has granted a certificate of appealability and leave to proceed *in forma pauperis* on appeal, Petitioner has only a slight chance of success on appeal. Furthermore, Petitioner adequately represented himself in the District Court, and no exceptional circumstances are present here. Accordingly, Petitioner's motion for appointment of counsel [Dkt. 52, June 11, 2007] is DENIED.

        S/Arthur J. Tarnow
        Arthur J. Tarnow
        United States District Judge

Dated: October 2, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 2, 2007, by electronic and/or ordinary mail.

        S/Catherine A. Pickles
        Judicial Secretary